UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RYAN LACON, Individually and on behalf of all others similarly situated,

V.

EDUCATION PRINCIPAL FOUNDATION, et al.,

Honorable Judge Joshua D. Wilson

Civil Action No: 2:21-CV-03957-JDW

## DISCLOSURE STATEMENT FORM

Please check one box:

[X] The nongovernmental corporate party, __Yodel Technologies, LLC__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

10/22/2021                                 _Helen Mac Murray_
Date                                              Signature

Counsel for: Yodel Technologies, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)    WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1)    identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

        (2)    states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
        (1)    file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2)    promptly file a supplemental statement if any required information changes.