IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RYAN LACON,** *Individually and on behalf of all others similarly situated*, <br><br> *Plaintiff* <br> v. <br><br> **EDUCATION PRINCIPLE FOUNDATION, et al.,** <br><br> *Defendants.* | Case No. 2:21-cv-03957-JDW |

### ORDER

**AND NOW**, this 22nd day of June, 2022, for the reasons given in the accompanying Memorandum, Defendant JobsFlag LLC's Motion To Dismiss For Lack Of Jurisdiction, To Compel Arbitration And Strike Class Allegations, Or To Dismiss For Failure to State A Claim (ECF No. 67), is **GRANTED** for lack of personal jurisdiction and is otherwise **DENIED AS MOOT**. Mr. Lacon's claims against JobsFlag LLC are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(2).

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge