IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN LACON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH UNIVERSITY SAVANNAH, LLC, DOUBLE POSITIVE MARKETING GROUP, TELESOLUTIONS d/b/a GRASPY MEDIA, JOBS FLAG, LLC and YODEL TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 2:21-cv-03957-JDW |

**ORDER FOR STIPULATED DISMISSAL**
**OF PLAINTIFF'S CLAIMS WITH PREJUDICE**

AND NOW, this 26th day of October, 2022, upon consideration of the Parties' Stipulation, it is hereby **ORDERED** that this case is removed from the civil suspense file, and all Plaintiff's claims brought in this case against all Defendants are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear its own costs and attorney's fees.

It is so **ORDERED**.

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN LACON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SOUTH UNIVERSITY SAVANNAH, LLC, DOUBLE POSITIVE MARKETING GROUP, TELESOLUTIONS d/b/a GRASPY MEDIA, JOBS FLAG, LLC and YODEL TECHNOLOGIES, LLC,<br><br>        Defendants. | Case No. 2:21-cv-03957-JDW |

## **STIPULATED DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE**

The Plaintiff and all Defendants stipulate and agree under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff's claims against Defendants are dismissed with prejudice. It is further stipulated that each party will bear its own costs, expenses, and attorneys' fees.

Date: October 26, 2022

**BAILEY & GLASSER LLP**

*/s Benjamin J. Hogan*
Benjamin J. Hogan (admitted *pro hac vice*)
6 Canyon Road, Suite 200
Morgantown, West Virginia 26508
T: 304.594.0087
F: 304.594.9709
bhogan@baileyglasser.com

Lawrence J. Lederer
1622 Locust Street
Philadelphia, PA  19103
T: 215-274-9420
F: 202.463.2103
llederer@baileyglasser.com

John W. Barrett (admitted *pro hac vice*)
209 Capitol Street
Charleston, West Virginia 25301
T: 304.345.6555
F: 304.342.1110
jbarrett@baileyglasser.com

**HEIDARPOUR LAW FIRM, PLLC**

Andrew W. Heidarpour (admitted *pro hac vice*)
1300 Pennsylvania Ave. NW, 190-318
Washington, DC  20004
T: 202.234-2727
AHeidarpour@HLFirm.com

*Counsel for Plaintiff*

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER & SCHRECK, LLP**<br><br>*/s/ Matthew C. Arentsen*<br>Matthew C. Arentsen<br>410 Seventeenth Street, Suite 220<br>Denver, CO  80202-4432<br>T: 303.223.1100<br>F: 303.223-1111<br>marentsen@bhfs.com<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Jonathan S. Krause<br>1835 Market Street, Suite 1400<br>Philadelphia, PA  19103<br>T: 215.569.4496<br>F: 215-568.6603<br>jkrause@klehr.com<br><br>*Counsel for Defendant*<br>*International Marketing Group, Inc. d/b/a Telesolutions and Graspy Media*<br><br><br>**VENABLE LLP**<br><br>*/s/ Ari N. Rothman*<br>Ari N. Rothman (*admitted pro hac vice*)<br>600 Massachusetts Ave NW<br>Washington, DC  20001<br>T: 202.344.4000<br>F: 202.344.8300<br>anrothman@venable.com<br><br>**FERRARA LAW GROUP, P.C.**<br>Aaron Peskin<br>1 Holtec Drive, Suite G102<br>Marlton, NJ  08053<br>T: 609.571.3738<br>F: 609.498.7440<br>aaron@ferraralawgp.com<br><br>*Counsel for Defendant JobsFlag LLC* | **FREEMAN MATHIS & GARY, LLP**<br><br>*/s/ Justin J. Boron*<br>Justin J. Boron<br>1600 Market Street, Suite 1210<br>Philadelphia, PA  19103<br>T: 215.789.4919<br>jboron@fmglaw.com<br><br>**MAYNARD COOPER & GALE**<br>Ollie A. Cleveland, III<br>1901 6th Avenue North, Suite 1700<br>Birmingham, AL  35203<br>T: 205.254.1000<br>tcleveland@maynardcooper.com<br><br>Brian T. Sattizahn<br>655 Gallatin St. SW<br>Huntsville, AL  35801<br>T: 256.562.1163<br>bsattiszahn@maynardcooper.com<br><br>*Counsel for Defendants*<br>*South University-Savannah, LLC and DoublePositive Marketing Group, Inc.*<br><br><br>**Mac MURRAY & SHUSTER, LLP**<br><br>*/s/ Lisa A. Messner*<br>Lisa A. Messner (*admitted pro hac vice*)<br>6525 W. Campus Oval, Suite 210<br>New Albany, OH  43054<br>T: 614.939.9955<br>F: 614.939.9954<br>lmessner@mslawgroup.com<br><br>*Counsel for Defendant*<br>*Yodel Technologies, LLC* |